# United States District Court
## Southern District of Georgia

JERRY ALLEN BAILEY,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:15-cv-14

WARDEN, FEDERAL CORRECTIONAL INSTITUTUION,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 9th day of December 2015, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing the Petitioner's Petition for Writ of Habeas Corpus. This case stands closed.

Approved by: _____

Date: December 16, 2015

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk